# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bartle III, Harvey | U.S. District Court, E.D. Pa. | 05/12/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief U.S. District Judge | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 16614 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | Reviewing Officer_____  Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. Co-Trustee | Trusts under Will |
| 3. Co-Executor | Estate |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bartle III, Harvey | 05/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Co-Executor Fee | $18,000 00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Texas Teachers Retirement System - Pension |
| 2. 2009 | [           ] - Salary |
| 3. | |
| 4 | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp 25-27 of filing instructions )*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bartle III, Harvey | 05/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | The Philadelphia Bar Association | Membership (extended to all judges) | $383.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bartle III, Harvey | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Eastman Kodak (Com.) | | None | J | T | | | | | |
| 2. General Motors | | None | | | Sold | 04/08/09 | J | A | |
| 3. IBM (Com.) | A | Dividend | K | T | | | | | |
| 4. Xerox (Com.) | A | Dividend | J | T | | | | | |
| 5. Johnson & Johnson | A | Dividend | J | T | Buy | 05/14/09 | J | | |
| 6. Delphi Automotive Systems (Com.) | | None | J | T | | | | | |
| 7. TD Banknorth (previously Banknorth) | A | Interest | L | T | | | | | |
| 8. Vanguard-Windsor II (IRA rollover) | | None | M | T | | | | | |
| 9. Merrill Lynch (Mercury U.S. Large Cap Fund Class B) | | None | J | T | | | | | |
| 10. TIAA/CREF (Retirement Fund) | C | Dividend | N | T | | | | | |
| 11. Vanguard (Wellington Fund) | B | Dividend | L | T | | | | | |
| 12. Vanguard (Wellington Fund Admr) | D | Dividend | M | T | | | | | |
| 13. Vanguard (Pa. Long Term Tax Exempt Fund) | A | Interest | J | T | | | | | |
| 14. American Mut Fd Inc. A (X) | B | Dividend | L | T | Buy | 04/08/09 | L | | |
| 15. Capital World Growth & Inc. Fd. Class A (X) | B | Dividend | L | T | Buy | 04/08/09 | L | | |
| 16. European Growth Fd. Class A (X) | B | Dividend | L | T | Buy | 04/08/09 | L | | |
| 17. Franklin Pa. Tax Free Inc. Fd. (X) | D | Dividend | M | T | Buy | 05/14/09 | M | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bartle III, Harvey | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Franklin Pa. Tax Free Inc. Fd. (X) | D | Dividend | M | T | Buy | 12/23/09 | J | | |
| 19. Fundamental Invs. Inc. Class A (X) | A | Dividend | L | T | Buy | 04/08/09 | L | | |
| 20. Growth Fund America Class A (X) | A | Dividend | L | T | Buy | 04/08/09 | L | | |
| 21. Evergreen Pa. Muni Money Mkt. Fd. (X) | A | Interest | J | T | | | | | |
| 22. Eaton Vance Pa. Mun. Income Trust | A | Interest | | | Sold | 04/08/09 | J | A | |
| 23. VanKemper Am. Capital Trust 25 A | A | Interest | | | Sold | 04/08/09 | J | A | |
| 24. Trusts under Will | | | | | | | | | |
| 25. - Abbott Laboratories* | A | Dividend | | | Distributed | 03/16/09 | K | | |
| 26. | | | | | Sold | 03/20/09 | J | A | |
| 27. - Altria Group* | A | Dividend | | | Distributed | 03/16/09 | K | | |
| 28. | | | | | Sold | 03/20/09 | J | B | |
| 29. - Aqua America | A | Dividend | | | Sold | 02/26/09 | L | E | |
| 30. - Bristol Myers Squibb* | B | Dividend | | | Sold (part) | 02/26/09 | K | A | |
| 31. | | | | | Distributed | 03/16/09 | M | | |
| 32. | | | | | Sold | 03/20/09 | K | A | |
| 33. - Capital World Growth & Inc. Fd. | | None | | | Sold | 01/08/09 | J | A | |
| 34. - Cisco Systems* | | None | | | Distributed | 03/16/09 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | H =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**\*** A portion was distributed to other beneficiaries. Any sales after distribution reference those of the undersigned.

| Name of Person Reporting | Date of Report |
|---|---|
| Bartle III, Harvey | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Sold | 03/20/09 | J | A | |
| 36. - Europacific Growth Fd. Cl. A | | None | | | Sold | 01/08/09 | J | A | |
| 37. - Exxon Mobil* | A | Dividend | | | Sold (part) | 01/09/09 | J | D | |
| 38. | | | | | Sold (part) | 02/26/09 | J | C | |
| 39. | | | | | Distributed | 03/16/09 | K | | |
| 40. | | | | | Sold | 03/20/09 | J | C | |
| 41. - Federal Home Loan Mtg. Corp.* | | None | | | Distributed | 03/16/09 | K | | |
| 42. | | | | | Sold | 03/20/09 | J | A | |
| 43. - General Electric* | B | Dividend | | | Sold (part) | 02/26/09 | K | A | |
| 44. | | | | | Distributed | 03/16/09 | M | | |
| 45. - Hanesbrand* | | None | | | Distributed | 03/16/09 | J | | |
| 46. | | | | | Sold | 03/20/09 | J | A | |
| 47. - Hospira* | | None | | | Distributed | 03/16/09 | J | | |
| 48. | | | | | Sold | 03/20/09 | J | A | |
| 49. - IBM* | A | Dividend | | | Distributed | 03/16/09 | J | | |
| 50. - Kraft Foods* | A | Dividend | | | Distributed | 03/16/09 | K | | |
| 51. | | | | | Sold | 03/20/09 | J | C | |

| 1 Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - MBIA* | | None | | | Distributed | 03/16/09 | K | | |
| 53. | | | | | Sold | 03/20/09 | J | A | |
| 54. - Medco Health Solutions* | | None | | | Distributed | 03/16/09 | J | | |
| 55. | | | | | Sold | 03/20/09 | J | A | |
| 56. - Merck & Co.* | A | Dividend | | | Distributed | 03/16/09 | J | | |
| 57. | | | | | Sold | 03/20/09 | J | A | |
| 58. - PNC Corp.* | A | Dividend | | | Sold (part) | 02/26/09 | J | A | |
| 59. | | | | | Distributed | 03/16/09 | K | | |
| 60. | | | | | Sold | 03/20/09 | J | A | |
| 61. - PPL Corp. | A | Dividend | | | Sold | 02/26/09 | L | D | |
| 62. - Philip Morris International* | B | Dividend | | | Distributed | 03/16/09 | L | | |
| 63 | | | | | Sold | 03/20/09 | K | D | |
| 64. - PPG Industries* | A | Dividend | | | Distributed | 03/16/09 | L | | |
| 65. | | | | | Sold | 03/20/09 | K | A | |
| 66. - Sara Lee* | A | Dividend | | | Distributed | 03/16/09 | L | | |
| 67. | | | | | Sold | 03/20/09 | J | A | |
| 68. - Verizon Communications | A | Dividend | | | Sold | 02/26/09 | L | A | |

1 Income Gain Codes     A =$1,000 or less          B =$1,001 - $2,500        C =$2,501 - $5,000       D =$5,001 - $15,000      E =$15,001 - $50,000
  (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes          J =$15,000 or less        K =$15,001 - $50,000      L =$50,001 - $100,000    M =$100,001 - $250,000
  (See Columns C1 and D3)     N =$250,001 - $500,000    O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                        P3 =$25,000,001 - $50,000,000               P4 =More than $50,000,000
3 Value Method Codes   Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment          T =Cash Market
  (See Column C2)         U =Book Value             V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Bartle III, Harvey | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. - PA Insd Mun Inc Tr 1st Ser | | None | | | Sold | 01/08/09 | J | A | |
| 70. - South East PA Transit 5%** | A | Ex Int | | | Distributed | 03/03/09 | K | | |
| 71. - PA Int Govt 5% | A | Ex Int | | | Distributed | 03/03/09 | K | | |
| 72. | | | | | Sold | 05/14/09 | J | A | |
| 73. - Wachovia Command Mon Mkt | A | Dividend | J | T | Distributed (part) | 01/05/09 | K | | |
| 74. - Bank of Holland CD 4%* | A | Interest | | | Distributed | 03/03/09 | K | | |
| 75. | | | | | Redeemed | 12/29/09 | J | A | |
| 76. - Discover Bank CD 4.2% | A | Interest | | | Distributed (part) | 03/03/09 | J | | |
| 77. | | | | | Redeemed | 06/29/09 | J | A | |
| 78. Estate | | . | | | | | | | |
| 79. - Wachovia Command Money Mkt | A | Dividend | J | T | | | | | |
| 80. - World Savings Bank CD 4.7%* | A | Interest | | | Distributed | 03/19/09 | K | | |
| 81. - World Savings Bank CD 4.85%* | A | Interest | | | Distributed | 03/05/09 | K | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

** Distributed to another beneficiary.

| Name of Person Reporting | Date of Report |
|---|---|
| Bartle III, Harvey | 05/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Bartle III, Harvey | 05/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sig

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544